For the reasons stated, the judgment of the trial court is reversed, and the cause dismissed.

---

### FRANKLIN v. STATE. (No. 6294.)

(Court of Criminal Appeals of Texas. May 25, 1921.)

Criminal law ⚖=1090(1)—In absence of statement of facts, bills of exceptions, or fundamental error apparent, judgment affirmed.

A judgment of conviction must be affirmed where there is no statement of facts or bills of exceptions and the proceedings appear to be regular, and no fundamental error is apparent on the face of the record.

Appeal from District Court, Jones County; W. R. Chapman, Judge.

Jessie Franklin was convicted of theft, and appeals. Affirmed.

R. H. Hamilton, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction was for the theft of property of the value of more than $50. Punishment was fixed at confinement for four years in the penitentiary.

The record is before this court, without any statement of facts or bills of exceptions. The proceedings appear to be regular, and no fundamental error is apparent on the face of the record.

The judgment is affirmed.